01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: TILDEN E. NATKIN and ) Chapter 7
TOBY E. NATKIN ) Bankruptcy Case No.
)
)
)
Debtor(s) )

DECLARATION REGARDING ELECTRONIC FILING
PETITION AND ACCOMPANYING DOCUMENTS

DECLARATION OF PETITIONER(S)

A.   [To be completed in all cases]

I (We), Tilden E. Natkin and Toby E. Natkin the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the documents are true and correct.

B.   [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

Tilden E. Natkin  *TILDEN E. NATKIN*
Printed or Typed Name of Debtor or Representative

Toby E. Natkin  *TOBY E. NATKIN*
Printed or Typed Name of Joint Debtor

*Tilden E. Natkin*
Signature of Debtor or Representative

*Toby E. Natkin*
Signature of Joint Debtor

6/15/2012
Date

6/15/2012
Date